## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   DEBRA L JONES                              CASE NO: 07-15216
                                                    CHAPTER 13

         DEBTORS(S)                                 JUDGE: JACQUELINE P COX

                                                    NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   HSBC MORTGAGE SVCS INC

------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0005 | 12584967 | $ 893.30 | $ 893.30 | $ 893.30 |

Total Amount Paid the Trustee                                   $   893.30

------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                   X   Direct by the Debtor(s)

------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:07-15216

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 26th day of    September, 2012.

Debtor(s)                                                              Debtors Attorney

DEBRA L JONES                                                          ROBERT J SEMRAD & ASSOC LLC
1800 E 170TH PL                                                        20 S CLARK ST 28TH FLR
SOUTH HOLLAND IL 60473                                                 CHICAGO IL 606030000

Mortgage Arrearage Creditor

HSBC MORTGAGE SVCS INC
636 GRAND REGENCY BLVD
BRANDON FL 33510

Electronic Service US Trustee

Date: September 26, 2012                        /s/ Tom Vaughn

                                                Tom Vaughn, Chapter 13 Trustee
                                                Chapter 13 Trustee
                                                55 East Monroe Street, Suite 3850
                                                Chicago, Ill   60603